**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| CHAD ANTIONE HUGHES, | ) | |
| | ) | Case No. 4:18-cv-75 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| BEDFORD COUNTY, | ) | |
| | ) | |
| *Defendant*. | ) | |

**JUDGMENT ORDER**

For the reasons expressed in the memorandum opinion, Defendant's motion for summary judgment (Doc. 29) is **GRANTED**, and this *pro se* prisoner's complaint is **DISMISSED WITH PREJUDICE**.   Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*.   *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.   The Clerk is **DIRECTED** to close this case.


/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**


ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT